JS-6

KIRK R. PRESLEY (SBN 145778)
PRESLEY & PRESLEY LLC
4801 Main Street, Ste. 375
Kansas City, Missouri 64112
Telephone: 8160931-4611
Fax: 816-931-4646
Email:  kirk@presleyandpresley.com
Attorneys for Defendant Estate of Naomi
M. Gonzales

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ERNEST GONZALES, An Individual, And ESTATE OF NAOMI M. GONZALES<br><br>Defendants. | Case No: CV 14-7850-GW(JPRx)<br><br>**ORDER DISMISSING ERNEST GONZALES, DISMISSING PLAINTIFF-IN-INTERPLEADER DISBURSING FUNDS, AND AWARDING ATTORNEYS FEES** |

On this day the Court takes up the matter of *Aetna Life Insurance Company v. Ernest Gonzales and Estate of Naomi M. Gonzales* and hereby finds and ORDERS as follows:

1. Defendant Ernest Gonzales was served, failed to answer and was declared in default by this Court prior to his death;

2. This Court and all parties were informed of the death of Defendant Ernest Gonzales pursuant to Rule 25(a)(1) on March 26, 2015;

3. No party or the successor or representative of Ernest Gonzales moved pursuant to Rule 25 to substitute a proper party to represent the interests of

- 1 -

Ernest Gonzales within ninety days (June 24, 2015) of all parties being informed pursuant to Rule 25(a)(1) of the death of Ernest Gonzales;

4. Ernest Gonzales is dismissed from this action with prejudice and the successor or representative of Ernest Gonzales is permanently enjoined from asserting any future claims or proceedings of any type against Aetna, it parent companies, subsidiaries, affiliates, principles, agents assignees, employees, representatives and attorneys relating to the funds deposited with the Court by Aetna in conjunction with the above-captioned action, which funds encompass the money owed including interest and costs, under the life insurance policy issued to Yolanda Gonzales, policy number N39150910 ("Policy").  Such action is proper as a result of Ernest Gonzales's failure to assert his interests to such funds during his lifetime and his successor or representative's failure to timely move for substitution pursuant to Rule 25;

5. Upon the dismissal of Ernest Gonzales from this action, there is no longer a case or controversy between any parties as the Estate of Naomi Gonzales is the sole beneficiary of the Policy.  Moreover, Aetna no longer runs the risk of Multiple liability resulting from payment of the Policy proceeds to the Estate of Naomi Gonzales;

6. Plaintiff-in-Interpleader Aetna Life Insurance Company ("Aetna") is discharged from any further liability to the Estate of Naomi Gonzales with respect to all disputed funds deposited with the Court through the date of this order;

7. Aetna is dismissed from the interpleader action with prejudice;

8. The Estate of Naomi Gonzales is permanently enjoined from asserting any future claims or proceedings of any type against Aetna, its parent companies, subsidiaries, affiliates, principles, agents, assignees, employees,

ORDER DISMISSING ERNEST GONZALES, DISMISSING PLAINTIFF-IN-INTERPLEADER,
DISBURSING FUNDS, AND AWARDING ATTORNEYS' FEES

representatives and attorneys relating to the funds deposited with the Court by Aetna in conjunction with the above-captioned action, which funds encompass the money owed, including interest and costs, under the Policy;

9. Aetna is awarded attorneys' fees in the amount of $2,648.53, which were incurred by Aetna in connection with the above-captioned action, as well as costs of $460.00.  This total of $3,108.53 in costs and fees shall be paid out of the amount deposited with the Court to Aetna in connection with the above captioned action; and

10. The remaining balance of the amount deposited with the Court in connection with this action shall be paid out to Jerrod Gonzales, as Administrator for the Estate of Naomi Gonzales, Deceased and Presley & Presley LLC, his attorneys.

DATE: <u>May 26, 2015</u>        By: _____

HON. GEORGE H. WU, UNITED STATES DISTRICT JUDGE

Agreed as to form:

_____
By:/S/KIRK R. PRESLEY
KIRK R. PRESLEY, Esq. #145778
PRESLEY AND PRESLEY, LLC
4801 Main Street, Suite 375
Kansas City, Missouri 64112
(816) 931-4611 telephone
(816) 931-4646 facsimile
ATTORNEY FOR DEFENDANT
ESTATE OF NAOMI GONZALES.

**ORDER DISMISSING ERNEST GONZALES, DISMISSING PLAINTIFF-IN-INTERPLEADER, DISBURSING FUNDS, AND AWARDING ATTORNEYS' FEES**

1  By:/S/ HILARY E. FEYBUSH
   RONALD K. ALBERTS #100017
2  HILARY E. FEYBUSH #280714
   GORDON & REES
3  633 West Fifth Street, 52nd Floor
   Los Angeles, CA 90071
4  ATTORNEY FOR PLAINTIFF AETNA
   LIFE INSURANCE COMPANY
5  _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER DISMISSING ERNEST GONZALES, DISMISSING PLAINTIFF-IN-INTERPLEADER,
DISBURSING FUNDS, AND AWARDING ATTORNEYS' FEES**